IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ALS SCAN, INC. | * | |
| Plaintiff | * | |
| vs. | * | CIVIL ACTION NO. MJG-00-2082 |
| LILIA BRZEZNIAK | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \*

### ORDER

It is unnecessary to detail the procedural history of this case. As the file reflects, the Court has given the Defendant every reasonable consideration for failure to comply with the pertinent rules in view of her pro se status. Defendant has been given full and fair warning of her obligations and has failed to comply with the Orders of the Court.

By Order of June 20, 2002, for reasons stated therein, the Court entered Judgment for Plaintiff in the amount of $390,000. The Court provided that the Defendant could, by July 15, 2002, file a motion for reduction of the amount of the judgment. The Order stated that:

    a.    Any such motion shall include a response to Plaintiff's submission regarding damages including evidentiary support.

    B.    Defendant shall specifically present evidence to refute Plaintiff's evidence of the number of infringements and to show why the Court should exercise its discretion to award less than $30,000 per infringement.

The Defendant has sent a letter, dated July 9, 2002, which

shall be deemed to be a timely Motion for Reduction of Judgment. The Defendant has, however, not complied with the said Order. The letter does not constitute or present <u>evidence</u> to refute Plaintiff's evidence of the number of infringements and/or to show why the Court should exercise its discretion to award less than $30,000 per infringement.

    Accordingly:

    1.    Defendant's letter of July 9, 2002 shall be filed as a Motion for Reduction of Judgment.

    2.    The said Motion is hereby DENIED.

So ORDERED this 18th day of July, 2002

                              Marvin J. Garbis
                              United States District Judge